IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| IN RE:     BLAKE McLAUGHLIN | CASE NO: 5:22-bk-70578 R |
| Debtor | CHAPTER 13 |

| | |
|---|---|
| JOYCE BRADLEY BABIN, | PLAINTIFF |
| CHAPTER 13 STANDING TRUSTEE | |

V.                  AP NO. 5:22-ap-07036

CARVANA, LLC                                DEFENDANT

ORDER RESOLVING
COMPLAINT TO DETERMINE THE EXTENT AND
VALIDITY OF LIEN, TO AVOID LIEN OF CARVANA LLC,
AND OBJECTION TO CLAIM

       Before the Court is the Complaint to Determine the Extent and Validity of Lien, to Avoid Lien of Carvana LLC, and Objection to Claim filed by Joyce Bradley Babin, Chapter 13 Trustee ("Trustee") in the case of the Debtor, Blake McLaughlin ("Debtor"). Prior to the expiration of response period and any trial, the adversary proceeding was resolved by the parties. Therefore, upon consideration and with the agreement of the parties, the Court makes the following findings and rulings.

       1.     The Court has jurisdiction over this action and venue is proper. The Court may enter a final order.

       2.     The Debtor, Blake P. McLaughlin, filed a petition and plan pursuant to Chapter 13 of the United States Bankruptcy Code on May 23, 2022. In his bankruptcy schedules, the Debtor listed an interest in a 2018 Cadillac ATS (VIN 1G6AE5RX4J0115661) ("Vehicle") valued at $26,990 that the Debtor asserts secures a debt to Carvana in the amount of $29,759.99. In the plan,

the Debtor has proposed to retain and pay for the Vehicle in monthly payments of $565 at a 5.25% interest rate.

3. On July 29, 2022, Carvana, LLC ("Carvana") filed a secured claim (Court Claim 13 / Trustee Claim 1) ("Claim") in the amount of $29,829.29. Carvana attached a copy of a Retail Installment Contract and Security Agreement dated May 19, 2022, executed by the Debtor and secured by the Vehicle. Carvana did not attach a State of Arkansas Certificate of Title noting a lien. Carvana attached a document captioned as "Arkansas Vehicle Record" from AutoDataDirect, Inc. that reflects a purported lien date of May 19, 2022.

4. The documentation to obtain a title for the Vehicle was not presented to the State of Arkansas Department of Motor Vehicles ("Arkansas DMV") until June 28, 2022. The Certificate of Title was not issued until August 5, 2022, more than thirty days after the execution of the contract and the date that the Debtor received possession of the Vehicle. The Certificate of Title was received and issued by the Arkansas DMV after the Debtor's bankruptcy filing.

5. The Trustee has asserted that because Carvana's lien was not perfected pursuant to Arkansas Code Ann. §§ 27-14-802 or 27-14-806 within thirty days of the contract date and the Debtor's possession date, perfection of Carvana's lien does not "relate back" to the date of the contract and cannot be considered as "new value" for lien perfection purposes pursuant to 11 U.S.C. § 547(c)(2)(B). Further, the Trustee has asserted that the lien of Carvana may be avoided in accordance with 11 U.S.C. §§ 544(a)(1) and (2) and 551.

6. The Trustee and Carvana have agreed to resolve the adversary proceeding pursuant to the following terms:

      A.      Carvana's lien is avoided. The Trustee's lien is superior to Carvana's lien in the Vehicle.

      B.      The Trustee's objection to Carvana's secured claim is sustained. Carvana is allowed an unsecured claim in the amount $29,829.29.

      C.      Upon demand by the Trustee or any successor Trustee during the case, Carvana will provide the Certificate of Title to the Trustee along with appropriate approvals to allow for the release of the Title. Carvana may continue to hold the Certificate of Title until demand is made.

      D.      If the Debtor's case is converted to another Chapter of the Bankruptcy Code, the provisions of this Order will remain applicable in the converted case. If the Debtor's case is dismissed, and the dismissal is not set aside, the provisions of this Order will no longer apply, and Carvana may reassert its lien.

**IT IS SO ORDERED**.

_____
Honorable Bianca M. Rucker
United States Bankruptcy Judge
Dated: 10/03/2022

Approved:

*Joe F. Kolb*

Joe Kolb
Attorney for Carvana, LLC
j. k o l b
26 Valley Club Circle
Little Rock, Arkansas

/s/ Joyce Bradley Babin

Joyce Bradley Babin
Chapter 13 Standing Trustee
P.O. Box 8064
Little Rock, AR 72203


cc:    Todd Hertzberg
       Hertzberg Law Firm
       Attorney for Debtor
       4285 N. Shiloh Drive, Suite 108
       Fayetteville, AR 72703